# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEJANDRO MENDOZA,<br>*Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | SA-21-CV-00903-XR |
| FOOT LOCKER RETAIL, INC., A<br>SUBSIDIARY OF FOOT LOCKER, INC.,<br>*Defendant* | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

This action was tried by a jury from March 18, 2024 to March 20, 2024, with the Honorable Xavier Rodriguez, District Judge, presiding. The jury has rendered a verdict.

It is, therefore, **ORDERED AND ADJUDGED** that Plaintiff Alejandro Mendoza shall take nothing by his claims against Defendant Foot Locker Retail, Inc., and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** this 20th day of March, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE